Tyrone R. JOHNSON, Petitioner–
Appellant,

v.

Phillip KERNS, Warden, Respondent–
Appellee.

No. 11–3867.

United States Court of Appeals,
Sixth Circuit.

June 13, 2012.

Before: MARTIN and CLAY, Circuit Judges; HOOD, District Judge.*

PER CURIAM.

Tyrone R. Johnson, an Ohio prisoner proceeding *pro se,* moves this Court for a rehearing of its March 29, 2012 order denying his application for a certificate of appealability. The application for a certificate of appealability arose from the district court's order denying Johnson's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

Upon review, we conclude that the Court did not act under any misapprehension of law or fact in denying Johnson's application for a certificate of appealability. *See* Fed. R.App. P. 40(a). Accordingly, the motion for rehearing is denied.